UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
R.D., a minor                           )
By his parents and next friends,        )
ISATU KAREEM and R.D.,                  )
                                        )
         Plaintiffs,                    )
                                        )
    v.                                  )   Civil Action No. 04-0953 (PLF)
                                        )
DISTRICT OF COLUMBIA                    )
                                        )
    and                                 )
                                        )
DR. CLIFFORD B. JANEY,[1]               )
                                        )
         Defendants.                    )
_____)

ORDER AND JUDGMENT

This matter is before the Court on the parties' cross-motions for summary judgment. For the reasons set forth in a separate Opinion issued this same day, it is hereby

ORDERED that [13] Plaintiffs' Motion for Summary Judgment is DENIED; it is

FURTHER ORDERED that [15] Defendants' Cross Motion for Summary Judgment is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for defendants; it is

FURTHER ORDERED that [5] Plaintiffs' Motion for Preliminary Injunction is DENIED as moot; it is

---

[1] District of Columbia Public Schools Superintendent Dr. Clifford B. Janey has been substituted for Dr. Robert Rice as a named defendant under Rule 25(d) of the Federal Rules of Civil Procedure.

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 14, 2005